# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK of COURT                                    www.nyed.uscourts.gov
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

May 16, 2014

Vincent DeLetto
11 7th Street
Bayville, NY 11709

Re: CV-14-2556 (JS)(GRB)
CV-14-2564 (JS)(GRB)
CV-14-2580 (JS)(GRB)

Dear *Pro Se* Litigant:

This will acknowledge receipt of a Notice of Removal from the District Court of the County of Nassau, 1st Distrcit. The cases have been docketed under the above numbers and assigned to the Honorable Joanna Seybert and Magistrate Judge Gary R. Brown. Please be advised of the following:

-it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at www.nyed.uscourts.gov;

-if you paid the $350 filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions for service are enclosed;

-documents submitted for filing should be originals and must contain your signature, case number, name of case and assigned judge;

-documents submitted for filing shall not include personal information i.e. social security number(s), birth date(s), name(s) of minor children, financial account number(s). See Fed. R. Civ. P. 5.2;

-an affidavit or affirmation of service must be included with all documents sent in for filing;

-all documents should be sent to the *Pro Se* Office at the above address. DO NOT send any paperwork directly to chambers unless directed to do so by the judge;

-it is your duty to prosecute your case, and to keep this office informed of any change of address. Failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

-additional information and forms for *pro se* litigants are enclosed.

If you have any questions or require further assistance, please call the *Pro Se* Office at (631)712-6060.

PRO SE OFFICE
By: /s/ C.Vukovich

Enclosures:
Rule 73 Notice and Form
Change of Address Form
*Pro Se* F.A.Q.'s
Consent for Electronic Notification

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

        Plaintiff,

   -against-

        Defendant.

Case No. _____

Judge: _____

------------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____   STATE: _____

ZIP CODE: _____   TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____   PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____

_____
SIGNATURE

_____
PRINTED NAME

_____
PRESENT ADDRESS

_____